UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 5:26-cv-00648-HDV-AS | Date | March 2, 2026 |
|---|---|---|---|
| Title | *Amritpal Singh v. John E Cantu et al.* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER ENJOINING TRANSFER OUT OF THE DISTRICT (INCLUDING DEPORTATION) AND SETTING BRIEFING SCHEDULE RE PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER [5]**

Petitioner Amritpal Singh filed a Petition for Writ of Habeas Corpus on February 12, 2026. [Dkt. 1]. Today, Petitioner filed a motion for a temporary restraining order to release Petitioner from detention and enjoin Respondents from re-detaining him and deporting him to a third country absent certain procedural protections. Motion for a Temporary Restraining Order ("TRO Application") [Dkt. 5].

The Court applies the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and finds that Petitioner has shown both a probability of success on the merits and numerous forms of irreparable harm, and on that basis concludes that emergency relief is needed to maintain the status quo. In particular, the Court finds that the TRO Application presents at least some of the same issues as in this Court's orders in *Delkash v. Noem*, No. 5:25-cv-01675-HDV-AGR (C.D. Cal. Aug. 28, 2025) [Dkts. 7, 18]; *Quan v. Bowen*, No. 5:25-cv-02546-HDV-PVC (C.D. Cal. Nov. 14, 2025); and *Hashemi v. Noem*, No. 2:25-cv-10335-HDV-SR (C.D. Cal. Nov. 19, 2025) and raises serious questions as to Respondent's compliance with 8 U.S.C. § 1231 in detaining Petitioner.

The Court therefore orders Respondent to file an opposition by **March 6, 2026**. Petitioner may file a reply by **March 12, 2026**. The Court will set a hearing date once the briefs have been received.

  In the interim, the TRO is ***granted*** in part.  Respondents are hereby ***enjoined*** from transferring, relocating, or removing Petitioner outside of the Central District of California (including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending resolution of the TRO Application.

  Respondents are ordered to disseminate this Order to the immigration agents in charge of processing Petitioner, and to place a copy of this Order in the Petitioner's A-File.

**IT IS SO ORDERED.**